THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK BATTAGLIA, Appellant.

*Crimes — manslaughter in first degree — judgment of conviction affirmed.*

People v. *Battaglia,* 224 App. Div. 692, affirmed.

(Argued June 20, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 2, 1928, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

*Bernard Swartz* and *Ernest W. McIntyre* for appellant.

*Guy B. Moore, District Attorney* (*William L. Marcy, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.